IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LARRY GENE FRANCIS,             ) | | |
| #00353248,                      ) | | |
|                                 ) | | |
| Petitioner,          ) | | |
|                                 ) | CIVIL ACTION NO. | |
| VS.                             ) | | |
|                                 ) | 3:25-CV-1303-G-BK | |
| DIRECTOR, TDCJ-CID,             ) | | |
|                                 ) | | |
| Respondent.          ) | | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  *See* docket entry  9.  Objections were filed.  *See* docket entry 12.

The Magistrate Judge found that the habeas corpus petition was successive despite Petitioner's arguments, and that Petitioner had not obtained prior authorization to file a successive application.  The Magistrate Judge thus recommended that the petition be dismissed without prejudice for lack of jurisdiction.

In his objections, Petitioner asserts for the first time that the petition here, which challenges his parole revocation, was meant for filing as an exhibit in Case No.

3:25-CV-1425-L-BW.  In the latter, Petitioner challenges a parole denial by the Texas Board of Pardons and Paroles.

Petitioner concedes, however, that his petition here is successive.  Indeed, he states that he is awaiting a ruling from the United States Court of Appeals for the Fifth Circuit on his recent application for leave to file a successive petition for writ of habeas corpus challenging his parole revocation.  *In re Francis*, No. 25-10735 (application for authorization filed June 15, 2025, and pending ruling by the Fifth Circuit).  Therefore, the court lacks jurisdiction over his successive petition as the Magistrate Judge detailed in the findings, conclusions, and recommendation.

The court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Therefore, this habeas corpus petition is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.*

SO ORDERED.

August 11, 2025.

*A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**

---

* The court in 3:25-CV-1425-L-BW may take judicial notice of the petition here, if needed.